In re Petition of Bennett J. King et al., to vacate an assessment.

(Argued April 13, 1886; decided April 27, 1886.)

*D. J. Dean* for appellants.

*John C. Shaw* for respondent.

This case presented the same question, and was argued and decided with *In Re Petition of the Manhattan Railroad Company* (*ante*, p. 301).

---

Amanda Lewis et al., Respondents, *v.* Person D. Ogden et al., Appellants.

(Submitted April 14, 1886; decided April 27, 1886.)

*E. Countryman* for appellants.

*S. D. Halliday* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed

---

Nicholas Ottenot, Appellant, *v.* The City of Buffalo, Impleaded, etc., Respondent.

Charles R. Rauch, Appellant, *v.* The City of Buffalo, Impleaded, etc., Respondent.

These cases presented the same question, and were argued and decided with *Reining* v. *The City of Buffalo* (*ante*, p. 308).